1  Bennett J. Lee (Bar No. 230482)
   Andrew Van Ornum (Bar No. 214040)
2  Robyn G. Sherain (Bar No. 172163)
   VARELA, LEE, METZ & GUARINO, LLP
3  333 Bush Street, Suite 1500
   San Francisco, CA 94104
4  Telephone: 415-623-7000
   Facsimile: 415-623-7001
5  Emails:      blee@vlmglaw.com
                avanornum@vlmglaw.com
6               rsherain@vlmglaw.com

7  Attorneys for Plaintiff

8  Ali Salamirad (Bar No. 209043)
   Teresa Polk (Bar No. 111975)
9  **SMTD LAW LLP**
   17901 Von Karman Avenue, Suite 500
10 Irvine, California 92614
   (949) 537-3800
11 (949) 537-3822 (f)
   as@smtdlaw.com; tp@smtdlaw.com
12
   Attorneys for Defendant
13

14              **IN THE UNITED STATES DISTRICT COURT**

15        **NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION**

16
17 SWINERTON BUILDERS, a California          Case No. 4:23-cv-04158 (DMR)
   Corporation
                                             Assigned to the Hon. Donna M. Ryu
18         Plaintiff,

19    v.                                     **STIPULATION TO CONTINUE INITIAL
                                             CASE MANAGEMENT CONFERENCE AND
20 ARGONAUT INSURANCE COMPANY, an            HEARING ON DEFENDANT'S MOTION TO
   Illinois Corporation,                     DISMISS AND ORDER (AS MODIFIED)**
21
           Defendant.                        **(L.R. 6-2(a))**
22
                                             Complaint Filed:  August 16, 2023
23

24

25        **IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES, THROUGH THEIR**

26 **RESPECTIVE COUNSEL,** to move for an order continuing the presently scheduled hearing on (a)

27

28 _____
                                    1                    Case No. 4:23-cv-04158 (DMR)

1  Defendant's motion to dismiss and (b) the Initial Case Management Conference to February 21, 2024 at

2  1:00 p.m.

3          The hearing on Defendant's motion to dismiss was originally scheduled for November 9, 2023

4  and the initial Case Management Conference was scheduled for November 15, 2023.

5          Subsequently, the Court, on its own motion, rescheduled the initial Case Management Conference

6  and hearing on the motion to dismiss to December 21, 2023.

7          Prior to the re-scheduled date, the Court continued the Initial Case Management Conference and

8  the hearing on the motion to dismiss to February 8, 2024.

9          Counsel for Plaintiff will be out of town traveling on February 8, 2024, and obtained the consent

10 of counsel for the Defendant to request that the Court move the hearings to February 21, 2024 (a

11 specially scheduled hearing date per the Court's calendar) at 1:00 p.m.  This rescheduling will not delay

12 prosecution of the case.

13         Based on this stipulation of counsel, the parties stipulate and move under Local Rule 6-2(a) for a

14 continuance of the hearing on Defendant's motion to dismiss and the Initial Case Management

15 Conference to February 21, 2024 at 1:00 p.m.

16         Good cause exists for this extension due to the unavailability of counsel for Plaintiff and because

17 there will be no delay to prosecution of the case.

18         **IT IS HEREBY SO STIPULATED.**

19 Dated:  January 10, 2024                              VARELA, LEE, METZ & GUARINO, LLP

20                                                        By:   /s/Andrew Van Ornum

21                                                           Andrew Van Ornum
                                                        Attorneys for Plaintiff

22                                                        SWINERTON BUILDERS,

23 Dated:  January 10, 2024                              SMTD LAW, LLP

24
                                                        By:   /s/ Teresa Polk by e/m authorization dtd 1/10/24
25                                                          Teresa Polk

26                                                        Attorneys for Defendant
                                                        ARGONAUT INSURANCE COMPANY
27

28
STIPULATION TO CONTINUE INITIAL CMC AND HEARING ON MOTION TO DISMISS AND
ORDER

1

**ORDER (AS MODIFIED)**

2       Based on the stipulation of the parties, and for good cause thereon appearing, the Court orders

3  as follows:

4       The hearing on Defendant's motion to dismiss and the Initial Case Management Conference are

5  rescheduled for March 14, 2024 at 1:00 p.m. in Oakland, by Videoconference.   The parties are to

6  submit an updated Joint Case Management Conference statement by March 7, 2024.  All counsel and

7  parties may access the webinar information (public hearings) at **https://cand.uscourts.gov/judges/ryu-**

8  **donna-m-dmr/**.

9

10       IT IS SO ORDERED AS MODIFIED.

11  Dated:  January 16, 2024

12

13                    HON. DONNA M. RYU
                           Chief Magistrate Judge

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION TO CONTINUE INITIAL CMC AND HEARING ON MOTION TO DISMISS AND
ORDER (AS MODIFIED)